IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **TRACY GERARD ALLEN, #129 732,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   CASE NO. 2:08-cv-465-WKW |
| | ) |
| **RICHARD ALLEN,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

This case is before the court on plaintiff's objection (Doc. # 4) to the Recommendation of the Magistrate Judge (Doc. # 3). After an independent and *de novo* review of the file in this case and upon consideration of the Recommendation and plaintiff's Objection, it is ORDERED that:

1. The Objection to the Recommendation of the Magistrate Judge (Doc. # 4) is OVERRULED;

2. The Recommendation of the Magistrate Judge (Doc. #3) is ADOPTED;

3. This case is DISMISSED without prejudice;

An appropriate judgment will be entered.

DONE this 30th day of July, 2008.

                                       /s/   W.  Keith Watkins
                                  UNITED STATES DISTRICT JUDGE